UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ROBERT LOWINGER, On Behalf of
Himself and All Others Similarly Situated,

PLAINTIFF,

v.

TWENTY-FIRST CENTURY FOX, INC.,
RUPERT MURDOCH, LACHLAN K.
MURDOCH, CHASE CAREY, SIR                    Civil Action No. 18-cv-6261
RODERICK I. EDDINGTON, DELPHINE
ARNAULT, JAMES W. BREYER, DAVID
DEVOE, VIET DINH, JAMES
MURDOCH, JACQUES NASSER,
ROBERT SILBERMAN and TIDJANE
THIAM,

DEFENDANTS.
_____

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Robert Lowinger ("Plaintiff") voluntarily dismisses his individual claims in the above-captioned action (the "Action") with prejudice, and without prejudice as to the claims of the putative class. Because this notice of dismissal is being filed before service by the defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: October 17, 2018

                                              **STULL, STULL, & BRODY**
                                              By: /s/ Mark Levine
                                              Mark Levine
                                              6 East 45th Street
                                              New York, NY 10017
                                              Telephone: (212) 687-7230
                                              Facsimile: (212) 490-2022
                                              Email: mlevinel@ssbny.com
                                              *Attorneys for Plaintiff*